IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

MARLA D. TAYLOR,

    Plaintiff,

    v.                                      No. 12-1221

CITY OF JACKSON, and
JACKSON POLICE DEPARTMENT.

    Defendants.

_____

ORDER ADOPTING REPORT AND RECOMMENDATION
_____

Pursuant to an order of reference, the magistrate judge entered a report and recommendation on October 9, 2013 recommending that the City of Jackson Police Department be dismissed as a defendant. (D.E. 12.) Plaintiff has filed no objections to the report and appears have assented to the dismissal in her subsequent motion for leave to amend the complaint wherein she recognizes the recommended dismissal and requests leave to "name the Defendant as the entity of The City of Jackson." (D.E. 17 at 1.)

Upon review of the report and motion papers, the report and recommendation is hereby ADOPTED in its entirety, and the City of Jackson Police Department is DISMISSED as a defendant in this matter.

IT IS SO ORDERED this 24th day of October 2013.

                                                  s/ J. DANIEL BREEN
                                                  CHIEF UNITED STATES DISTRICT JUDGE