# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division

### JUDGMENT IN A CIVIL CASE

MARLA D. TAYLOR,

Plaintiff,

CASE NUMBER: 1:12-cv-1221-JDB-egb

v.

CITY OF JACKSON and
JACKSON POLICE DEPARTMENT,

Defendants,

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above-styled matter on 10/24/2013, adopting the magistrate judge's report and recommendation, the City of Jackson Police Department is DISMISSED as a defendant in this matter and the Order entered on 9/2/2014, this case is hereby dismissed with prejudice. Costs are taxed to pro se Plaintiff.

**APPROVED:**

s/J. Daniel Breen
Chief United States District Judge

THOMAS M. GOULD
CLERK

BY: s/ Evelyn Cheairs
DEPUTY CLERK